IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASMINE MOORE, individually and on
behalf of all others similarly situated                                    PLAINTIFF

v.                          No. 4:25-cv-647-DPM

MAINLINE HEALTH SYSTEMS, INC.                                DEFENDANT

ORDER

This case is closely related to another case recently opened in the Eastern District of Arkansas, *Austin v. Mainline Health Systems, Inc.*, No. 4:25-cv-646-BSM. In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to United States District Judge Brian S. Miller by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2025