IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASMINE MOORE**                                                            **PLAINTIFF**

**v.**                  **CASE NO. 4:25-CV-00647-BSM**

**MAINLINE HEALTH SYSTEMS, INC.**                             **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE